UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE CRUMP,<br>　　　　Petitioner,<br>　v.<br>DANIEL PARAMO,<br>　　　　Respondent. | Case No. 18-cv-04127-RS (PR)<br><br>**ORDER OF DISMISSAL** |

This habeas petition will be dismissed as second or successive. It challenges the same state convictions petitioner contested in a prior (and now closed) habeas action, *Crump v. Soto*, No. C 15-04579 RS. The prior petition was denied on the merits, and judgment was entered in favor of respondent, in January 2018. (*Id.*, Dkt. Nos. 43 and 44.) Petitioner appealed, but his appeal was terminated when the Ninth Circuit Court of Appeals declined to issue a Certificate of Appealability. (*Id.*, Dkt. Nos. 55 and 56.) The U.S. Supreme Court denied his petition for writ of certiorari. (*Id.*, Dkt. No. 58.)

In order to file a second or successive petition, petitioner must obtain an order from the Court of Appeals authorizing the district court to consider the petition. *See* 28 U.S.C. § 2244(b)(3)(A). Petitioner has not shown that he has received such an order. Accordingly, the instant petition is DISMISSED as second or successive, the filing of which has not been authorized by the Court of Appeals. If petitioner wishes to file a

second or successive habeas petition, he first must obtain permission from the Ninth Circuit Court of Appeals.

A certificate of appealability will not issue. Petitioner has not shown "that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

Petitioner's motion to proceed *in forma pauperis* is GRANTED. (Dkt. Nos. 2 and 6.) His motion for the appointment of counsel is DENIED. (Dkt. No. 3.) The Clerk shall terminate Dkt. Nos. 2, 3 and 6, enter judgment in favor of respondent, and close the file.

**IT IS SO ORDERED.**

**Dated:** July 18, 2018

_____
RICHARD SEEBORG
United States District Judge